# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1795.  ROYLEE SMITH v. JOHN T. WILCHER, SHERIFF.**

In this civil action, the plaintiff Roylee Smith filed a motion for default judgment.  The trial court denied the motion, and Smith filed this appeal.  However, because this action remains pending below, Smith was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's order.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).  Smith's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  07/17/2018
 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*